

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00366-CV

Vonda L. **COLLIER**,
Appellant

v.

Hayward **COLLIER**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV04756
Honorable J Frank Davis, Judge Presiding

# O R D E R

 The brief of appellant Vonda L. Collier was originally due on December 29, 2021. To date, appellant has not filed a brief. Appellant is therefore **ORDERED** to file, **within fifteen days** of the date of this order, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee Hayward Collier is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Rebeca C. Martinez, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court